# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER NGUYEN,** : | |
| Plaintiff : | |
| : | No. 1:20-cv-86 |
| v. : | |
| : | (Judge Rambo) |
| **DR. KASPER,** *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 17th day of June 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant Kasper's motion to dismiss (Doc. No. 14) is **DENIED**;

2. Defendant Kasper is directed to file an answer to the complaint (Doc. No. 2) within fourteen (14) days of the date of this Order; and

3. The parties are directed to complete discovery within six (6) months of the date on which Defendant Kasper files his answer.

s/ Sylvia H. Rambo
United States District Judge