# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NGUYEN,     :  <br>     Plaintiff,     : <br>                  : <br> v.          : <br>                  : <br> DR. GERALD KASPER, *et al.*,  : <br>     Defendants     : | No. 1:20-cv-86 <br><br> (Judge Rambo) |

## ORDER

**AND NOW**, on this 14th day of July 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 58) is **DISMISSED** for Plaintiff's failure to comply with Local Rule 56.1;

2. Defendant Kasper's motion for summary judgment (Doc. No. 62) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendant Dr. Gerald Kasper and against Plaintiff Christopher Nguyen as to all claims against Defendant; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge